# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CV203-1-MU

| | |
|---|---|
| DAVID WYATT THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| CRISTINA CONDIT, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed May 6, 2005.

After a careful review of the record, the Court finds that the Defendant should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall file this matter as a civil matter; and

2.. The Clerk shall issue summons and deliver it forthwith to the U.S. Marshal who will make service of process without additional cost.

**Signed: May 18, 2005**

Graham C. Mullen
Chief United States District Judge