IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV203-01-MU

| | |
|---|---|
| DAVID WYATT THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **O R D E R** |
| CRISTINA CONDIT, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on May 6, 2005. On August 8, 2005, Defendant filed an Answer to Plaintiff's Complaint. If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order

**Signed: September 2, 2005**

Graham C. Mullen
Chief United States District Judge