IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV203-1-MU

| | |
|---|---|
| DAVID WYATT THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| CRISTINA CONDIT, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Transfer, filed December 27, 2005.

In his motion Plaintiff requests that he be transferred to Camp Burgaw because he has been told that if he wins his § 1983 case he will have trouble at his current correctional facility. It is beyond the authority of this Court to order an inmate housed in a particular correctional facility.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Transfer is **DENIED.**

Signed: January 26, 2006

Graham C. Mullen
United States District Judge