# United States District Court
# For The Western District of North Carolina
# Asheville Division

DAVID WYATT THOMAS,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                           1:05cv203-1-MU

CRISTINA CONDIT,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2006 Order.

                                                         FRANK G. JOHNS, CLERK

June 13, 2006

                                                  s/Elizabeth J. Barton
                          BY: _____
                                              Elizabeth J. Barton, Deputy Clerk